## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON,

     v.     Plaintiff,

LOUIS FOLINO, Warden, S.C.I. Greene;
et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  11 - 1046

District Judge Terrence F. McVerry

## MEMORANDUM ORDER

The above captioned case was initiated on August 12, 2011 by the filing of a motion to proceed *in forma pauperis* and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On September 1, 2011, Plaintiff filed a Motion for Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (ECF No. 9).  On November 4, 2011, the magistrate judge filed a Report and Recommendation (ECF No. 18) recommending that Plaintiff's Motion for Injunction be denied.  Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until November 21, 2011 to file written objections to the Report and Recommendation.  No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 23rd day of November, 2011;

1

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order (ECF No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated November 4, 2011 (ECF No. 18) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

By the Court:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc:     Henry Washington , AM-3086
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370